UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>BAMB AWNS et al.,<br><br>             Defendants. | CASE NO. C22-0402-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court *sua sponte*. Plaintiffs filed their Complaint on March 31, 2022. Dkt. No. 1. The Clerk of Court issued an Order granting Plaintiffs' motion for entry of default against Defendants (Dkt. No. 25) on May 30, 2023. Dkt. No. 26. Plaintiffs have not filed a motion for default judgment. Fed. R. Civ. P. 55(b)(1)-(2).

As the matter has now been pending for nearly two years without appearance by any defendant, and nearly eight months have passed since entry of default, Plaintiffs are ORDERED

ORDER TO SHOW CAUSE - 1

to show cause why this matter should not be dismissed for failure to prosecute no later than February 16, 2024.  Absent a timely response, the Court will dismiss this case without prejudice.

Dated this 25th day of January, 2024.

Kymberly K. Evanson
United States District Judge