The Honorable Kymberly K. Evanson

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10   AMAZON.COM, INC., a Delaware                No. 2:22-cv-00402-KKE
     corporation; AMAZON.COM SERVICES LLC,
11   a Delaware limited liability company; and PN   **ORDER GRANTING PLAINTIFFS'**
     MEDICAL, INC., a Florida corporation,       ***EX PARTE* MOTION TO FILE OVER-**
12                                               **LENGTH MOTION FOR DEFAULT**
                                  Plaintiffs,    **JUDGMENT**
13
             v.
14
     YUZHEN LI, an Individual d/b/a Selling
15   Accounts Bamb Awns, Otary Servi, Philp Allar,
     Roystal Inc., Trbo Stment, and Erdez LLC;
16   XIAOXIN CHEN, an Individual d/b/a Selling
     Accounts Louetta Cifaldi LLC and Erdez LLC;
17   ANA BORGES, an Individual d/b/a Selling
     Accounts Sixth6Home and Erdez LLC; and
18   DOES 1-10,

19                                Defendants.

20

21          THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs

22   Amazon.com, Inc., Amazon.com Services LLC, and PN Medical, Inc. (collectively, "Plaintiffs")

23   to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants

24   (the "Motion"), pursuant to Local Civil Rule 7(f). This Court, having considered Plaintiffs'

25   Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for Default Judgment

26   and Permanent Injunction not to exceed 8,000 words.

27

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1                    Davis Wright Tremaine LLP
(2:22-cv-00402-KKE)                                     920 Fifth Avenue, Suite 3300
                                                        Seattle, WA  98104-1640
                                                  206.622.3150 main · 206.757.7700 fax

1    SO ORDERED this 16th day of February, 2024.

2

3

4    _____

5    Kymberly K. Evanson
     United States District Judge

6

7

8    Presented by:

9    DAVIS WRIGHT TREMAINE LLP
     *Attorneys for Plaintiffs*

10

11    s/ *Scott R. Commerson*
     Scott R. Commerson, WSBA #58085

12   865 South Figueroa Street, Suite 2400
     Los Angeles, CA 90017-2566

13   Tel: (213) 633-6800
     Fax: (213) 633-6899

14   Email: scottcommerson@dwt.com

15   s/ *Lauren B. Rainwater*
     Lauren B. Rainwater, WSBA #43625

16   920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1604

17   Tel: (206) 622-3150
     Fax: (206) 757-7700

18   Email: laurenrainwater@dwt.com

19

20

21

22

23

24

25

26

27

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-00402-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax